✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

4:52 pm, May 01 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____JK_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | |
| REDDIT ACCOUNTS ASSOCIATED WITH USERNAME ChivalrousGentlman; and | Case No. 1:25-mj-01004-JMC |
| APPLE ICLOUD ACCOUNTS ASSOCIATED WITH Apple ID dkmartin323@gmail.com | Case No. 1:25-mj-01005-JMC |

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANTS

1.  I, Richard Gianforcaro, a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

### INTRODUCTION

2.  I make this affidavit in support of an application for search warrants under Federal Rule of Criminal Procedure 41 to search the following "**Target Accounts**":

    a.  The Reddit account associated with username *ChivalrousGentlman* ("**Target Reddit Account**"), described herein and in Attachment A-1, for evidence described in Attachment B-1; and

    b.  The Apple iCloud accounts associated with email address *dkmartin323@gmail.com* ("**Target Apple Account**"), described herein and in Attachment A-2, for evidence described in Attachment B-2

3.  The Target Accounts are to be searched for evidence of violations of Title 18 U.S.C. § 2251(a) (sexual exploitation of children), Title 18 U.S.C. § 2422(b) (coercion and enticement of a minor), Title 18 U.S.C. § 2252A(a)(2) (distribution and receipt of child pornography), and Title 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography), among other federal statutes, collectively (the "Target Offenses").

4.  Based on my training and experience, and the facts in this affidavit, there is

1

probable cause to believe that the Target Accounts are controlled by Douglas Jason Martin ("Martin"); and that the **Target Accounts** were used to facilitate violation of the Target Offenses.

## AGENT BACKGROUND

5. I have been employed with the FBI as a Special Agent since June 2016. I am currently assigned to the Maryland Child Exploitation Task Force (MCETF), which investigates individuals involved in the online sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking, child pornography, and enticement violations. Since being employed with the FBI, I have participated in the execution of numerous search warrants, including those for online accounts, such as email accounts, online storage accounts, and other online communication accounts. In the course of my employment with the FBI, I have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in many forms of media.

6. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

## AFFIDAVIT

7. The statements in this affidavit are based in part on information and reports provided by the FBI and other law enforcement officers, and on my experience and background as a Special Agent of the FBI. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the violations of the Target Offenses.

8. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are

based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation.

9. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

## REDDIT INC.

10. Reddit Inc. ("Reddit") is a social media and social news aggregation, web content rating and discussion website. Reddit's registered community members can submit and comment on content, such as text posts or direct links. Content entries are organized by areas of interest called "subreddits." Each subreddit has its own page, subject matter, users, and volunteer moderators (also known as "mods"). Users can share content by publishing stories, links, and/or media (called "posts") to a subreddit, and other users can comment on those posts. Users can also "upvote" or "downvote" comments and/or posts. The number of upvotes and downvotes a post receives helps determine its position within the subreddit. Reddit allows users to communicate directly and privately, enabling them to share text communication, media and data files.

## PROBABLE CAUSE

11. On or about October 31, 2024, a United States ("U.S.") Government Agency contacted FBI-Baltimore about a 50-year-old contracted employee, Douglas Jason Martin ("**Martin**"), who had used his government workstation to engage in, or view transcripts from, sexually explicit chat activity with individuals who appear to be minors. Most of the observed communications were via Reddit (with some via Google Voice number *910-745-7093*), with **Martin** using Reddit usernames *Intelligent_Dish_722*, *Charming_Analyst5077*, and

3

*RealCombatVet.*

12. The workstation on which **Martin** conducted the above-mentioned activity contained a "Notice and Consent" banner, displayed at logon, which informed, in sum and substance, that any user accessing the workstation system consents to the following:

- Routine intercepts and monitoring of communications;

- Inspection and seizing of data stored on the system; and

- Communications using, or data stored, on the system are not private, are subject to routine monitoring, interception, and search, and may be disclosed or used for authorized purposes.

13. The U.S. Government Agency provided FBI-Baltimore descriptions of **Martin**'s activities as observed on the agency's computer system. In addition, on December 12, 2024, federal search warrant 24-MJ-02989 was obtained in the District of Maryland, for data and information associated with Reddit usernames *Intelligent_Dish_722*, *Charming_Analyst5077*, and *RealCombatVet*. Furthermore, federal warrant 24-MJ-02990 was obtained in the District of Maryland for data and information associated with Google Voice number *910-745-7093*. On December 16, 2024 and December 30, 2024, responsive information was provided by Google and Reddit, respectively.[1] A review of the information provided by the U.S. Government Agency and the search warrant returns revealed the following:

   a. On or about September 24, 2024, **Martin** contacted an unknown female using the Reddit Account, *Intelligent_Dish_722*. During their conversation, **Martin** researched the age of consent in Germany (which he found to be 14 years old), confirmed the female's age, and remarked that she was just around the age of consent.

   b. On or about October 7, 2024, using Reddit Account *Intelligent_Dish_722*, **Martin** communicated with a self-identified 16-year-old female purportedly from Malaysia, during which **Martin** asked if she wanted "to be in my bedroom to protect you?"

---

[1] Pursuant to the search warrant, Reddit provided Uniform Resource Locators (URLs) to allow for access to the files via a web browser. A URL is a web address that specifies the location of a resource on the internet and how to retrieve it.

      c.      From on or about October 21, 2024 through on or about October 23, 2024, using Reddit Account *Ingelligent_Dish_722*, **Martin** communicated with a self-identified 13-year-old female who claimed to live in California ("Minor 1"). **Martin** represented himself as 25 years old (as mentioned above, **Martin** is 50 years old) and acknowledged Minor 1's age, commenting "Well I am not double your age. Lmao." After some sexual conversation regarding what potentially turns Minor 1 on, Minor 1 commented that she was "so wet." **Martin** requested pictures of Minor 1 and stated that the pictures were to "Prove to me how wet you were." Minor 1 responded that the images were not "of my pussy" and subsequently provided an image depicting a female's breasts. The ensuing communications followed:

| | |
|---|---|
| Intelligent_Dish_722 | Damn! |
| Intelligent_Dish_722 | Want to suck on them! |
| Intelligent_Dish_722 | But that doesn't prove how wet you are. Lol |
| Minor 1 | bro fr needs to see the 13yo pussy |
| Intelligent_Dish_722 | Don't need to see your pussy. Can just show your wet panties. Lol |
| Intelligent_Dish_722 | Like you would show me that tight pussy if I told you too anyways. Lol |
| Minor 1 | nah ill show u da pussy idgaf anyways loll |
| Intelligent_Dish_722 | Want me playing with it? |
| Intelligent_Dish_722 | Leave me already? Lol |
| Minor 1 | damn i forgot how to do a pussy spread lmfaooo |
| Minor 1 | [Media File URL[2]] |
| Intelligent_Dish_722 | I would stretch that little pussy out |

      d.      Later in the chat, **Martin** informed Minor 1 that it would [not] be the first time that he "made a girl cum by just sliding in her," indicating that he had "done it before to a tight little pussy like yours." After the female complained her Reddit was not working, **Martin** gave her his phone number, *910-745-7093*, so that she could text him. The user claimed that her father would "freak out" if she gave **Martin** her number but indicated that she would probably text him.

      e.      On or about October 23, 2024, using Google Voice number 910-745-7093, **Martin** engaged in a Google voice chat with an unknown female.[3] In addition to attempting to obtain images and videos, **Martin** told the female that he wanted to take her virginity and that no one would find out unless she said something.

      f.      In another communication, from October 2024, with a self-identified 16-year-old female, **Martin** (using *Ingelligent_Dish_722*) again provided his age as 25, then as 35 after he was asked to be truthful. In this communication, upon request for his picture, **Martin** sent an image (which he represented as that of himself) of an unknown white, tattooed male who

---

[2] When attempting to access the media file via the provided URL, an error resulted, stating "Failed to retrieve media."
[3] Based on the warrant returns, it is believed that the female referenced in this chat is also Minor 1.

5

appeared to be in his twenties or thirties.

    g.  Since on or about November 5, 2024, **Martin** communicated from two additional Reddit account usernames, *RealCombatVet* and *Charming_Analyst5077*. **Martin** made comments from *RealCombatVet* regarding "DDLG,"[4] and a thread titled "littlespace_sfw"[5] was observed to be recently viewed from *Charming_Analyst5077*.

    h.  Beginning on or about December 11, 2024, using username *Charming_Analyst5077*, **Martin** communicated with a self-identified 15-year-old female ("Minor 2"), after he responded to a post stating "15/f hmu to chat." **Martin** again misrepresented his age as 25. Despite knowledge of Minor 2's age, **Martin** requested a "pic," resulting in the following communications:

| Minor 2 | You wanna see something specific? |
|---|---|
| Charming_Analyst5077 | Well what about dropping your panties? Just wondering |
| Minor 2 | Idk lol |
| Charming_Analyst5077 | Just do it. I am sure you already thought about showing, didn't you? |
| Minor 2 | I'll you a full nude but you can't show anyone |
| Charming_Analyst5077 | I would never do that. |
| Charming_Analyst5077 | I don't save anything you send so no one will ever see |
| Minor 2 | Ok |
| Minor 2 | [Media File URL[6]] |
| Charming_Analyst5077 | Wow! So gorgeous! |
| Charming_Analyst5077 | When did you take that? |
| Minor 2 | Now |
| Charming_Analyst5077 | Damn! |

    i.  In another viewed chat conversation, **Martin** (*Intelligent_Dish_722*) explained how he got involved in, what I am familiar with as, the DDLG (Daddy Dom/Little Girl) lifestyle, stating:

> - "I am an actual daddy that would take good care of you. I want to guide you and build your trust as I help you find that little space that you like to be in." and;

---

[4] www.dictionary.com defines Daddy Dom Little Girl as a sexual relationship where the dominant male is the daddy figure, and the woman takes on the role of a young girl. Based on my training and experience, I know that DDLG is sometimes a fetish for collectors of child pornography.

[5] In the "littlespace" subreddit, a description was listed, stating that it was an 18+ kink based subreddit revolving mainly around littles within the BDSM Cg/l (Caregiver/little) power exchange dynamic.

[6] The media associated with this URL was also not able to be accessed. However, the U.S. Government Agency captured part of this communication, which included an image of a female's genital area (which was sanitized by the U.S. Government Agency when provided to FBI-Baltimore).

- "I have always been very protective and supportive when it comes to people especially women. I started feeling a lot more especially when I became a real dad and as my daughter has grown have missed that aspect. I found out about this lifestyle and realized I fit very well into because if [sic] filled the things I missed."

j. Using a sub-Reddit titled, "Teenagers," **Martin** (from *Intelligent_Dish_722*) also contacted a user whose profile indicated that the user was a 14-year-old female. **Martin** represented himself as a 24-year-old.

k. On several occasions **Martin** made comments to self-identified minors indicating that age is of no concern to him, making statements such as, "age is only a number," "age doesn't really bother me," and "it is all the connection in my book."

14. Reddit also provided information regarding which subreddits **Martin** was subscribed to, which collectively among the three accounts, included:

- AgeGapPersonals
- Teenager
- Ddlg_friends
- DDlgAdvice
- Littlespace
- Ddlg
- DDLG_SFW
- Little_Space_sfw
- Teenagers
- ddlgSFWselfies
- DDlgroleplay
- YoungerGirl4OlderMenTinyCuteTeen
- TeenGirlsWantOlderMen
- Daddydoms
- army

15. All three Reddit accounts were also observed to comment in the "army" subreddit, suggesting that the user of these accounts was in the military.

16. Pursuant to subpoena, on or about February 14, 2024, Reddit Inc. provided the following responsive information related to the Reddit Accounts:

Account: Intelligent_Dish_722
Registration Date:     2023-10-27 15:34:20 UTC
Email Address:         dkmartin323@gmail.com

Account: RealCombatVet
Registration Date:     2024-11-04 23:19:16 UTC
Deleted:               2024-12-17 13:05:52 UTC
Email Address:         dkmartin323@gmail.com

Account: Account: Account: Charming_Analyst5077
Registration Date:     2024-11-04 23:14:49 UTC

7

        Deleted:                      2024-12-17 13:08:38 UTC
        Email Address:       dkmartin323@gmail.com
        Linked Phone Number:  19102241554

17. Pursuant to the search warrant, Reddit provided IP logs for the above-mentioned accounts, all of which showed connections from IP address 69.251.218.104, with the most recent connection occurring for the *Charming_Analyst5077* account in mid-December 2024.

18. Pursuant to subpoena, on or about December 17, 2024, Comcast provided the following information regarding this IP address:

    Subscriber Name:             Individual 1[7]
    Subscriber / Billing Address:  6606 Fox Meade Ct, Frederick, MD 21702
    Start of Service:             10-21-2021
    Account Status:             Active

19. Pursuant to subpoena to Google LLC, on or about December 3, 2024, Google provided responsive information related to dkmartin323@gmail.com:

    dkmartin323@gmail.com
    Google Account ID:     999693981614
    Created on:             2010-05-21 19:01:21 Z
    Name:                   Doug Martin
    Recovery SMS:        +19102241554 [U.S.]
    Services (among others):  Google Photos, Google Voice, Google Hangouts,
                                  Google Chat, Google Docs, Google Payments

    <u>Google Voice Number +19107457093</u>
    Google Account ID:                999693981614
    Name:                              Doug Martin
    Email:                           dkmartin323@gmail.com
    Google Voice Start Time:           2017-02-10 14:42:17 Z
    Google Voice Last Outbound Call Time:  2024-10-31 18:06:15 Z
    Google Voice Last Outbound SMS Time:  2024-11-01 16:32:05 Z

20. Pursuant to subpoena to Verizon, on or about December 12, 2024, Verizon provided responsive information related to +19102241554.

    First Name: Douglas
    Last Name: Martin

---

[7] Individual 1 is Martin's spouse.

                Address:     6606 Fox Meade Ct, Frederick, MD 21702

21. Open-source information available through the Maryland Department of Assessments and Taxation indicated that 6606 Fox Meade Ct. is owned by **Martin** and Individual 1. Furthermore, this address was listed as **Martin**'s address in his Motor Vehicle Administration (MVA) records.

22. On January 23, 2025, FBI-Baltimore executed a federal search warrant at **Martin**'s address (25-MJ-00131), during which **Martin** was interviewed. After being advised of and waiving his rights under *Miranda,* **Martin** acknowledged ownership of the Reddit accounts and Google Voice account, and ultimately admitted to attempting to obtain images of the vaginas of minors, specifically Minor 1 and Minor 2. **Martin** stated that, when chatting with minors, he often represented himself to be 25, using a photo of a younger, deceased friend as a representation of himself.[8]

23. Furthermore, **Martin** indicated that he believed that the nude image sent by Minor 2 was still present on his iPhone 14, saved to the "Hidden" folder. **Martin** provided the code to his iPhone 14, which was previewed (and subsequently seized) during execution of the search warrant.[9] The image, depicting a nude female with her breasts and vagina exposed (with no visible face), was shown to **Martin**, and **Martin** stated that the image was Minor 2.

24. Further review of the device and its data revealed that, at the time of the search warrant, **Martin** had been using a Reddit account not previously known to the FBI. **Martin** had been logged into Reddit under username *ChivalrousGentlman (***Target Reddit Account***).*[10]

---

[8] During an open-source search, a GoFundMe page was found for the deceased friend, who was killed in a motorcycle accident in May 2023. The male observed in an image on the GoFundMe page bore significant resemblance to the male whose photo was used by Martin.

[9] Review of the device is ongoing.

[10] A request to preserve this account was sent to Reddit on or about February 25, 2025. Furthermore, on or about February 21, 2025, Reddit reported this account to NCMEC, generating two CyberTips, and prompting Reddit to preserve the records for one year.

Passwords within the device data suggest that the account was created on or about December 17, 2024, which was when at least two of his aforementioned accounts were deleted. Under the **Target Reddit Account**, several chats or device notifications were observed, some described below:

    a.    Device notifications were observed indicating that on or about December 26, 2024, a Reddit user made the following statements:

- "Idk my mom say I shouldn't send pictures to people I just met online"
- "It better not be anything inappropriate because I'm not allowed to do it"
- "Swimming naked no one has ever seen me naked before."

    b.    In a device notification from on or about December 29, 2024, a Reddit user appeared to ask Martin, "What's the youngest you've been with?"

    c.    On or about January 6, 2025, Martin contacted a user and stated "I am a daddy that is always super horny. I want a little girl like you badly. I want to fuck you hard as I pull on your hair. What are you wearing now?"

25.    On or about February 21, 2025, NCMEC received information related to the **Target Reddit Account**, resulting in two CyberTips (CTs 206622850 and 206622863), both of which alleged that, on or about January 6, 2025, the **Target Reddit Account** was being used to solicit child sexual abuse material from an apparent minor ("Minor 3"). Both CyberTips included some chat information. Between the two, the **Target Reddit Account** made statement such as the following:

- "Nope, I don't care about age at all."
- "Going to show me that tight pussy that is mine too?"
- "Well show me those tits so I can get hard for you"

26.    A CyberTip was also generated for the account belonging to Minor 3 (CT 204537733). Within said CyberTip, the provided chat information indicated that Minor 3 was 15 years old. Furthermore, device notifications were observed in the data from **Martin's** iPhone from Minor 3. Some of these notifications indicate that photos were sent.

27.    A review of the device data also revealed that the Apple ID and iCloud username

10

associated with Martin's iPhone was dkmartin323@gmail.com (**Target Apple Account**).[11] Based on my training and experience, I know that Apple device data, including media files and iMessages, are sometimes backed up to an Apple account's iCloud. Furthermore, I know that even deleted data can sometimes be recovered from the iCloud.[12]

28. On or about February 18, 2025, Minor 1 was identified and was confirmed to be 13 years old (born in November 2011). On or about February 19, 2025, **Martin** was indicted in the District of Maryland (25-CR-0031-RDB), for various charges, including coercion and enticement of a minor and attempted sexual exploitation of a child.

## SUMMARY

29. Based on the facts detailed above, as well as my training and experience, Douglas Jason Martin appears have a sexual interest in children that includes communicating about sex with minors that he meets online and soliciting minors to produce and send him images of the minors engaging in sexually explicit conduct.

30. Further, based on my training and experience, as well as the activity detailed above, I believe that the user of the **Target Reddit Account** and **Target Apple Account** is Martin. I also believe that Martin displays characteristics common to individuals who have a sexual interest in children and who possess, collect, receive, or distribute child pornography as discussed above. Based on these characteristics, and because the aforementioned online accounts appear to be accessed, controlled, and/or created by Martin, I respectfully submit there is probable cause that the Target Accounts (1) contain evidence of the sexual exploitation of children, coercion and

---

[11] Requests to preserve data associated with this account were sent to Apple on or about December 17, 2024 and April 11, 2025 (Apple Reference Numbers 202400905597 and 202501079851, respectively).

[12] Per Apple, when iCloud data is deleted by a user, the data remains in the "Deleted" folder for 30 days, unless permanently deleted by the user. If not permanently deleted, after the 30 days, the files are moved to an "Expunged" folder (which is not a user created folder). After an indefinite period of time, said files are deleted through an Apple automated process.

enticement of a minor, and the receipt and possession of child pornography, and that (2) are relevant to determine the ownership and control of the Target Accounts. Based on my training and experience, such information may constitute evidence of the Target Offenses because the information can be used to identify the account's user or users.

## CONCLUSION

31. Based on the foregoing information, I respectfully submit that there is probable cause to believe that Douglas Jason Martin violated Title 18 U.S.C. § 2251(a) (sexual exploitation of children), 18 U.S.C. § 2422(b) (coercion and enticement of a minor), 18 U.S.C. § 2252A(a)(2) (receipt of child pornography), and 18 U.S.C. § 2252A(a)(5)(b) (possession of child pornography).

_____
Special Agent Richard Gianforcaro
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this __16__ day of April 2025.

_____
HONORABLE J. MARK COULSON
UNITED STATES MAGISTRATE JUDGE